

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                    312-435-5670

December 11, 2007

Eric J. Parker
Stotis & Baird
200 West Jackson Boulevard, Ste. 1050
Chicago, IL 60606

Re: Foster vs. Hill
Case No.: 07C6939

Dear Counselor:

The records of this office indicate that on 12/10/07 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as **04 L 180.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

In completing the appearance form, please note that the Clerk's Office provides notice pursuant to Rule 77(d) of the Federal Rules of Procedure <u>only</u> to the attorney shown in box (A) of the appearance form.

                                                           Sincerely yours,

                                                           **Michael W. Dobbins, Clerk**

                                                           By: <u>/s/ Thelma Murry-Sykes</u>
                                                                   Deputy Clerk

cc: Electronic transmission to all attorneys of record.