3128186 (DSA)　　　DSA:kl　　　12/14/07　　　WHITE　　　15689F-9-65

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HALL FOSTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 6939 |
| | ) | |
| **KIRK L. HILL,** | ) | Hon. Judge Der-Yeghiayan |
| | ) | |
| Defendants. | ) | Magistrate Nolan |

### NOTICE OF FILING

To:　Mr. Eric J. Parker　　　　　　　　　　　　Mr. Samuel S. Miller
　　　Stotis & Baird Chartered　　　　　　　　Assistant United States Attorney
　　　200 W. Jackson, Blvd., Suite 1050　　　219 S. Dearborn St.
　　　Chicago, IL 60606　　　　　　　　　　　Chicago, IL 60604

　　YOU ARE HEREBY NOTIFIED that on December 14, 2007, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Appearance, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　　　s/ Stellato & Schwartz, Ltd.
　　　　　　　　　　　　　　　　　　　　　　STELLATO & SCHWARTZ, LTD.

6193463 (SBB)
6282023 (REN)
3128186 (DSA)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

　　I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on December 14, 2007.

　　　　　　　　　　　　　　　　　　　　　　s/ David S. Allen
　　　　　　　　　　　　　　　　　　　　　　David S. Allen