IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HALL FOSTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | 07 C 6939 |
| | ) | |
| KIRK L. HILL, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

To:  Steve Borkan                                                US Attorney
     Attorney for Hill                                           Samuel S. Miller
     Stellato & Schwartz, Ltd.                                   Assistant US attorney
     120 North Lasalle Street                                    219 South Dearbron
     34th Floor                                                  Chicago, Illinois 60604
     Chicago, Illinois 60602

PLEASE TAKE notice that on the 19th day of December, 2007 I filed with the United States District Court, Northern District of Illinois, Eastern Division, <u>Attorney Appearance of Michael S. Baird</u>.

                                                                **STOTIS & BAIRD CHARTERED**

200 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60606
312/461-1000
Attorney for the Plaintiff                            By: _____
                                                              Michael S. Baird

    The undersigned certifies that a copy of this Notice together with a copy of the foregoing Attorney Appearance was mailed to each party listed above on the 19th day of December, 2007.

                                                      _____
                                                      Dana M. Zampillo, Paralegal