IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HALL FOSTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | 07 C 6939 |
| | ) | |
| KIRK L. HILL, | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE OF FILING

To:  Steve Borkan                                  US Attorney
     Attorney for Hill                             Samuel S. Miller
     Stellato & Schwartz, Ltd.                     Assistant US attorney
     120 North Lasalle Street                      219 South Dearbron
     34th Floor                                    Chicago, Illinois 60604
     Chicago, Illinois  60602

PLEASE TAKE notice that on the 19th day of December, 2007 I filed with the United States District Court, Northern District of Illinois, Eastern Division, <u>Attorney Appearance of Eric J. Parker</u>.

                                                   **STOTIS & BAIRD CHARTERED**

200 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60606
312/461-1000
Attorney for the Plaintiff                         By: _____
                                                        Eric J. Parker

The undersigned certifies that a copy of this Notice together with a copy of the foregoing Attorney Appearance was mailed to each party listed above on the 19th day of December, 2007.

                                                   _____
                                                   Dana M. Zampillo, Paralegal