# United States District Court

## Northern District of Illinois

### Eastern Division

James Foster                        **JUDGMENT IN A CIVIL CASE**

     v.                                    Case Number: 07 C 6939

Kirk Hill

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's order dated 01/31/08, the action is hereby remanded to the Circuit Court of Lake County (04 L 180).

                                                     Michael W. Dobbins, Clerk of Court

Date: 1/31/2008                                  /s/ Michael A. Wing, Deputy Clerk