# United States District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

**Michael W. Dobbins,**                                                                                                  **Office of the Clerk**
**Clerk**                                                                                                                **312.495.5670**

February 19, 2008

Clerk of Court
Circuit Court of Lake County
18 North County Street
Waukegan, IL 60085-4359

Re:    Foster v. Hill et al
USDC No: 07C6939
Circuit Court No:    04L180

Dear Sir:

A certified copy of an order entered on  01/31/08,  by the  Honorable Samuel Der-Yeghiayan remanding the above-entitled case to the Circuit Court of Lake County, Illinois, is herewith transmitted to you for your files.

                                                                        Sincerely yours,

                                                                        **Michael W. Dobbins, Clerk**

                                                                        By:    /s/Thelma Murry-Sykes
                                                                                  Deputy Clerk

Enclosure(s)
Copy to attorneys of record